STATE OF OREGON,
*Respondent,*

*v.*

JEFFERY BLAKE DORIE,
*Appellant.*

976317, 011166; A119852 (Control), A119853
(Cases Consolidated)

140 P3d 1195

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Erika L. Hadlock, Attorney-In-Charge, Criminal Appeals Unit, for petition.

Jennelle Meeks Barton, Deputy Defender, for response and defense motion to strike petition.

Before Edmonds, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Motion for relief from default granted; reconsideration allowed; former disposition withdrawn; affirmed. *State v. Perez,* 340 Or 310, 131 P3d 168 (2006); *State v. Gornick,* 340 Or 160, 130 P3d 780 (2006).